**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-mj-00596-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| SHANE BRADLEY TILSTRA, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the bench trial scheduled March 4, 2026 at 9:30 a.m., be vacated and continued to May 20, 2026 at 9:30 a.m. in Courtroom 3D.

DATED this 4th day of March, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

3